DANNY STEELE F08637
D.V.I / Z-060
P.O. Box 600
TRACY, CALIFORNIA 95378

**FILED**
JUN 2 6 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
CALIFORNIA

DANNY STEELE
PLAINTIFF

vs.

MICHAEL STEELE
JUAN STEELE ET AL.,
DEFENDANTS

CASE NO. 09CV1769 LKK GGH

42 USC § 1983

FEDERAL TORT SUIT
UNDER SECTION 360
"OTHER PERSONAL INJURY"
COMPLAINT

## 1. INTRODUCTION

THIS IS A CIVIL RIGHTS COMPLAINT FILED UNDER THE FEDERAL TORTS ACT SECTION 360 "OTHER PERSONAL INJURY" CATEGORY. THESE FACTS ALLEGED HEREIN CONSTITUTE THE BASIS FOR THIS SUIT.

## 2. JURISDICTION AND VENUE

1. THIS COURT HAS JURISDICTION TO HEAR THIS CASE BECAUSE PLAINTIFF RESIDES IN SACREMENTO COUNTY AND FOR DECLARATORY RELIEF AND INJUNCTIVE RELIEF PURSUANT TO 28 U.S.C § 2201 AND RULE 57 OF THE FEDERAL RULES OF CIVIL PROCEDURE, THIS COURT HAS JURISDICTION OVER THE PLAINTIFFS ACTION.

PAGE 1

2. AT LEAST ONE OF THE PARTIES IN THIS CASE RESIDES IN THE JURISDICTIONAL AREA OF THIS COURT (BOTH DEFENDANTS) AND INJURY TO THE PLAINTIFF OCCURRED IN THIS JURISDICTIONAL AREA.

## 3. PARTIES

3. **PLAINTIFF** - DANNY STEELE IS A HIGHLY DECORATED VIETNAM ERA WAR VETERAN WITH __4__ BRONZE STARS AND __3__ PURPLE HEARTS. HE RESIDES CURRENTLY AT DEUEL VOCATIONAL INSTITUTION IN TRACY, CALIFORNIA 95378.

**DEFENDANT #1** - MICHAEL STEELE IS A LICENSED REAL ESTATE BROKER LOCATED AT STEELE REALTY 8900 GRANTLINE ROAD, ELK GROVE, CALIFORNIA 95624

**DEFENDANT #2** - SUSAN STEELE IS A LICENSED REAL ESTATE AGENT AND THE WIFE OF DEFENDANT #1 AND IS LOCATED AT STEELE REALTY / 8900 GRANT LINE ROAD / ELK GROVE, CALIFORNIA 95624

## 4. DAMAGES

4. PLAINTIFF HAS SUFFERED:

   A. WAGE LOSS
   B. GENERAL DAMAGE
   C. LOSS OF USE OF PROPERTY
   D. PROPERTY DAMAGE
   E. LOSS OF EARNING CAPACITY
   F. OTHER DAMAGE

5. FACTS

  5. PLAINTIFF WAS ARRESTED IN RENO, NEVADA IN DECEMBER OF 2001

  6. DEFENDANT MICHAEL STEELE WAS THE PIVOTAL FACTOR IN DEFENDANTS ARREST

  7. DEFENDANTS BOTH DID CONSPIRE WITH THE POLICE AND DISTRICT ATTORNEY TO FRAUDULENTLY TAKE PLAINTIFFS PROPERTY AND OTHER BUSINESS RIGHTS BY FILLING OUT FRAUDULENT AND PERJUROUS AFFADAVITS AND TESTIMONIES DURING THE PERIOD FROM PLAINTIFFS ARREST IN 2001 TILL HIS SENTENCING IN 2005

  8. PLAINTIFF WAS SENTENCED IN DEC 2005 IN SACREMENTO COUNTY

  9. PLAINTIFF HAS BUSINESS INTEREST IN FAMILY PROPERTIES AND OTHER HOLDINGS THAT BOTH OF THE DEFENDANTS HAVE <u>CONSPIRED</u> AND ARE STILL CONSPIRING TO DEFRAUD HIM OF ILLEGALLY.

  10. PLAINTIFF CONTENDS THAT DEFENDANTS ACTIONS HAS VIOLATED HIS 5TH AND 14TH AMENDMENTS RIGHTS.

6. CAUSES OF ACTION

  11. PLAINTIFF HAS SUFFERED <u>GREAT WAGE LOSS</u> FOR 4 YEARS BEING INCARCERATED AND BECAUSE OF THE DEFENDANTS INVOLVEMENT IN PLAINTIFF'S DEMISE, DEFENDANTS VIOLATED PLAINTIFF'S 5TH AMENDMENT DUE PROCESS RIGHTS AND HIS 14TH AMENDMENT RIGHT TO EQUAL PROTECTION AND THE LIFE LIBERTY AND THE PURSUIT OF HAPPINESS.

PAGE 3

12. DEFENDANTS <u>EGREGIOUS</u> ACTIONS INVOLVING THE PLAINTIFF'S BUSINESS INTERESTS (FAMILY INHERITANCE) HAS CAUSED <u>GENERAL DAMAGES</u> SUCH EMOTIONAL STRAIN, HEADACHES, PERSONAL GRIEF WHICH TRIGGERS POST TRAUMATIC STRESS DISORDERS VIOLATE PLAINTIFF'S 14th AMENDMENT RIGHTS.

13. DEFENDANTS <u>EGREGIOUS</u> ACTIONS CAUSED PLAINTIFF <u>LOSS OF USE OF HIS PROPERTY</u>. THOSE ACTIONS VIOLATED PLAINTIFF'S 14th AMENDMENT RIGHTS.

14. DEFENDANTS <u>EGREGIOUS</u> ACTIONS TOWARD PLAINTIFF DID IN FACT CAUSE HIM <u>PROPERTY DAMAGE</u> AND DEPRIVED HIM OF THE USE OF SAID PROPERTY. SUCH ACTIONS VIOLATE PLAINTIFF'S 14th AMENDMENT RIGHTS.

15. PLAINTIFF SUFFERED <u>LOSS OF EARNING CAPACITY</u> WAS EXPERIENCED BY THE FACT THAT PLAINTIFF HAS BEEN INCARCERATED OVER 4 YEARS AND COULD HAVE BEEN GAINFULLY EMPLOYED IF NOT FOR DEFENDANTS CONSPIRACY TO DEFRAUD PLAINTIFF OF FAMILY BUSINESS INTERESTS, AND LIFE, LIBERTY AND THE PURSUIT OF HAPPINESS WHICH THE 14th AMENDMENT AFFORDS HIM.

## 7. <u>CONCLUSION</u>

16. FROM THE <u>IMPLIED</u> ACTIONS THAT BOTH DEFENDANTS HAVE TAKEN AGAINST PLAINTIFF, PLAINTIFF HAS AND IS STILL EXPERIENCING CATASTROPHIC FALLOUT FROM THEIR ACTIONS.

17. DEFENDANTS HAVE <u>CONSPIRED</u> TO DEFRAUD THE PLAINTIFF OUT OF <u>DUE DILIGENCE</u> FROM THE FAMILY BUSINESS INTEREST AND TO MALICIOUSLY USURP PLAINTIFF'S BUSINESS INTERESTS AND OTHER FINANCIAL TRANSACTIONS.

18. DEFENDANTS CONSPIRED AGAINST PLAINTIFF TO DEPRIVE HIM OF PERSONAL PROPERTIES AND REAL ESTATE HOLDINGS THAT PLAINTIFF WAS AND IS ENTITLED TO ACCORDING TO ALL STATUTES UNDER CALIFORNIA LAW AND IN DIRECT VIOLATION OF HIS 5th AND 14th AMENDMENT RIGHTS.

## 8. RELIEF

19. WHEREFORE BECAUSE OF THE NUMEROUS AND EGREGIOUS VIOLATIONS OF BOTH DEFENDENTS TOWARD PLAINTIFF, HE ASKS FOR THE FOLLOWING:

A. THAT THIS COURT ISSUE A PERMANENT INJUNCTION AGAINST BOTH DEFENDANTS FROM SELLING, TRANSFERRING, QUICK DEEDING ANY AND ALL PROPERTIES, PERSONAL ASSETS THAT PERTAIN TO THE FAMILY BUSINESS INTERESTS THAT PLAINTIFF IS EITHER A PARTY OF OR HAS INTEREST/INHERITANCE IN.

B. DECLARE DECLARATORY RELIEF IN FAVOR OF PLAINTIFF AGAINST DEFENDANTS

C. ATTACH AND PUT A FEDERAL LIEN ON ANY AND ALL PROPERTIES THAT DEFENDANTS OWN OR HAVE ANY FINANCIAL INTERESTS IN UNTILL SUCH JUDGEMENTS AGAINST DEFENDANTS ARE PAID IN FULL TO PLAINTIFF

D. LIQUIDATE ALL ASSETS OF DEFENDANTS UNTILL SUCH MONETARY DAMAGES ARE PAID TO PLAINTIFF

E. ALLOW PUNATIVE DAMAGES TO PLAINTIFF AND ALSO CUMULATIVE AND COMPENSATORY DAMAGES.

F. BAR DEFENDANTS FROM RETALIATING FURTHER AGAINST PLAINTIFF AND TO ALLOW PLAINTIFF TO CONTROL ALL FAMILY BUSINESS INTERESTS IN THE EVENT OF THE FATHERS INCAPACITATION DUE TO ILLNESS OR OTHER MEDICAL REASONS.

## 9. RESPONSE

PLAINTIFF DECLARES THAT HE HAS EXHAUSTED ALL REMEDIES AVAILABLE TO HIM THAT ARE RELEVANT TO THIS PROCEEDING AND THERE IS NO CASES PENDING IN STATE OR FEDERAL COURT ON THIS MATTER.

## 10. PRAYER / CONCLUSION

WHEREFORE PLAINTIFF IS A HIGHLY DECORATED VIETNAM ERA WAR VETERAN AND HAS SERVED HIS COUNTRY WELL PLAINTIFF ASKS THIS COURT FOR RELIEF AND TO HAVE A JUST AND FAIR COMPENSATION TO COMPENSATE FOR THE PAIN AND SUFFERING CAUSED BY THE DEFENDANTS.

PLAINTIFF IS ENTITLED UNDER THE U.S. CONSTITUTION TO SEEK REDRESS FOR THE NUMEROUS WRONGS THAT HAVE BEEN PERPETRATED AGAINST HIM BY THE DEFENDANTS AND SEEK THE COURTS HELP NOW TO HEREWITH BE ENUMERATED WITH MONETARY COMPENSATION AS ALLOWED BY LAW.

DATED: JUNE 15, 2009

RESPECTFULLY SUBMITTED BY:

*Dan Steele*

DANNY STEELE
IN PRO PER

PAGE 6