IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY STEELE,

      Plaintiff,                    CIV-S-09-1769 LKK GGH PS

    vs.

MICHAEL STEELE, et al.,

      Defendants.               ORDER

_____/

      On January 25, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections on February 11, 2010, and they were considered by the district judge.

      This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are

\\\\\

1

reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in part. The court adopts the Findings and Recommendations insofar as they apply Heck v. Humphrey, 512 U.S. 477 (1994) to bar plaintiff's civil rights action. As such, plaintiff's entire case is barred by Heck, and therefore is dismissed.

Nonetheless, the court notes that it does not adopt the Findings and Recommendations as to when private actors can be state actors under 42 U.S.C. § 1983. See, e.g., Adickes v. S.H. Kress & Co., 398 U.S. 144, 152 (1970); Sutton v. Providence St. Joseph Med. Ctr., 192 F.3d 826, 835-36 (9th Cir. 1999). This issue, however, is not dispositive here because regardless of whether defendants may be sued under Section 1983, this suit is barred under Heck.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed January 25, 2010, are ADOPTED only insofar as plaintiff's complaint is barred by Heck v. Humphrey; and

2. This action is dismissed with prejudice.

DATED: March 15, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT